Dalia B. Kothari (SBN 299867)
kothari@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood, CA 94063
Tel. 650.839.5070
Fax: 858.678.5099

Attorneys for Defendants
FOSSIL GROUP, INC. AND MISFIT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., | CASE NO. 17-cv-05933-YGR |
| Plaintiff, | **[PROPOSED ORDER OF] JUDGMENT INVALIDATING ASSERTED PATENT CLAIMS** |
| v. | |
| FOSSIL GROUP, INC. and MISFIT INC., | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

1     This action having come before the Court, and pursuant to the Court's Order (Dkt. No. 85) granting Defendants Fossil Group, Inc. and Misfit Inc.'s (collectively, "Fossil") Motion to Dismiss (Dkt. No. 52) finding all asserted claims of U.S. Patent Nos. 8,738,794 (the "'794 Patent"), 8,892,752 (the "'752 Patent"), and 9,749,847 (the "'847 Patent") directed to patent-ineligible subject matter and therefore invalid pursuant to 35 U.S.C. § 101—IT IS HEREBY ADJUDGED AND ORDERED that:

    For the reasons set forth in the Court's Order on April 3, 2018 (Dkt. No. 85), claims 1–4, 7, 9, 16–18, and 20–21 from the '794 Patent, claims 1, 2, 4, 5, and 12–14 from the '752 Patent, and claims 1-3 from the '847 Patent are invalid pursuant to 35 U.S.C. § 101.

    The foregoing claims of the '794, '752, and '847 Patents represent all pending claims at issue in this case.

    WHEREFORE JUDGMENT is entered in this case in favor of Defendant Fossil and against Plaintiff Cellspin Soft, Inc.

Dated:   April 10. 2018  , 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge